FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 11, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>and<br><br>JENNIFER E. GRANT, Plaintiff-Intervenor<br><br>      v.<br><br>ASOTIN COUNTY,<br><br>      Defendant. | No. 2:21-CV-00284-SAB<br><br>**ORDER GRANTING MOTION TO DISMISS AND CLOSING FILE** |

Before the Court is the Parties' Joint Motion for Dismissal of Action, ECF No. 22. The United States is represented by Derek Taylor, Hector Ruiz, Jr., Timothy Durkin, and Valerie Meyer. Ms. Grant is represented by Diego Ichikawa and Victoria Vreeland. Defendant is represented by Michael McFarland, Jr. The motion was heard without oral argument.

The Parties move the Court to dismiss the above-mentioned matter. The Parties inform the Court that the Consent Decree, ECF No. 10, expired, and Plaintiff-Intervenor Grant's claims against Defendant settled. Being fully informed, the Court grants the motion and dismisses this action.

Accordingly, **IT IS HEREBY ORDERED**:

1.    The Parties' Joint Motion for Dismissal of Action, ECF No. 22, is **GRANTED**.

**ORDER GRANTING MOTION TO DISMISS AND CLOSING FILE # 1**

1      2.      The above-captioned action is **DISMISSED with prejudice** without

2  costs or attorneys' fees to any party.

3      3.      Any pending motions are **DISMISSED as moot**.

4      **IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order,

5  forward copies to counsel, and **close** the file.

6      **DATED** this 11th day of January 2024.



7

8

9

10

11                          Stanley A. Bastian
12                    Chief United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER GRANTING MOTION TO DISMISS AND CLOSING FILE # 2**